In the Matter of the Claim of MARY WALSH, as Administratrix of the Estate of MILDRED D. GRAVES, Deceased, and as Guardian of JOAN GRAVES, an Infant, Respondent, *v.* TIDEWATER OIL SALES COMPANY et al., Appellants.

STATE INDUSTRIAL BOARD, Respondent.

Submitted May 25, 1942; decided June 11, 1942.

*John J. Conners, Jr.*, for motion.
*Joseph Saidel* opposed.

Motion dismissed. If the order is final an appeal may be taken as of right. If the order is not final, the court has no power to grant the motion.